# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2026-0246
LT Case No. 2025-013740-CIDL

_____

THOMAS R. LAMB,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Karen Adams Foxman, Judge.

Thomas R. Lamb, Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

June 2, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____